IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JACKIE TOWNSEND, Mother and Next of Kin of GERALD TOWNSEND, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 3:08-0697 Judge Nixon |
| CORRECTIONS CORPORATION OF AMERICA, ANTHONY BOWLES, TAMMY BROWN, SEAN BURNETTE, ELLERY CUNNINGHAM, DARREN DOUGLAS, LEONARD GARDNER, and ALICE LEWIS, | ) ) ) ) ) ) ) | Magistrate Judge Knowles JURY DEMAND |
| Defendants. | ) ) | |

## ORDER

Before the Court is the Parties' joint Stipulation of Dismissal (Doc. No. 64). Per Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Court hereby **ORDERS** that this action be **DISMISSED**. The Court **DIRECTS** the Clerk to close this case.

It is so ORDERED.

Entered this the ____ day of December, 2010.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT